FILED

FEB 27 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DOE DEPUTY

UNITED STATES DISTRICT COURT

SOTHERN DISTRICT OF CALIFORNIA
(SAN DIEGO)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>Marcus Ray Chavez<br>Defendant. | CASE NO. 3:23-CR-01354-JES<br><br>Notice of unavailability and request tolling the time limit on a 2255 motion |

COMES NOW: Defendant Marcus Ray Chavez appearing Pro Se and request the court take notice of the unavailability and a need to toll the 2255 deadline for good cause as described here in.

Marcus Ray Chavez was sentenced on February 28th, 2025 with the judgement of the court entered on March 3rd, 2025.

Pursuant to the statutory requirement of 28 U.S.C. § 2255 the motion should be secured and filed within one year of sentencing and or final decision on appeal.

In the instant case, defendant has been executing research and review of his counsel representation with due diligence, however the Federal Bureau of Prisons decision to close Terminal Island prison will impeed defendant access to legal materials and law library access and legal resources. (see Exhibit A)

Currently defendant is not designated to a prison facility so most likely will be housed at a Federal holdover facility (example: FCI Victorville)

## A STANDARD FOR EQUITABLE TOLLING

> "[A] litigant seeking equitable tolling [of the one-year AEDPA limitations period] bears the burden of establishing two elements: (1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way." Pace v. DiGuglielmo, 544 U.S. 408,418,125 S. Ct. 1807, 161 L.Ed 2d 669(2005) "The threshold necessary to trigger equitable tolling..."

Here defendant has the text book requirement to extend and toll time, arising out of a good cause.

Due Diligence
Good cause and a change in prison environment impeding his progress.

## CONCLUSION

Indeed defendant has met the burden to demonstrate an extension beyond the one year limit to file can be excused.

Respectfully submitted,

M. Chavez

Marcus Ray Chavez
Reg No. 09456-506
Federal Correctional Institution
Terminal Island
P.O. Box 3007
San Pedro, CA 90733

EXHIBIT A

Government Executive

# Bureau of Prisons to 'suspend operations' at California penitentiary

By Erich Wagner

November 25, 2025

The U.S. Bureau of Prisons said Tuesday that it will suspend operations at a California prison, following the news that "chunks" of concrete have begun falling from the decaying ceilings of underground tunnels that house its steam system.

Bureau of Prisons Director William K. Marshall announced the news in an email to employees Tuesday, warning that if the prison remains open, falling debris could hurt workers or even create a prison-wide emergency.

"There is a very real risk that falling concrete could strike the steam lines," he wrote. "If that happens, heat to the institution could be lost instantly, creating an emergency that could require the evacuation of nearly 1,000 inmates in a matter of hours. We are not going to wait for a crisis. We are not going to gamble with lives. And we are not going to expect people to work or live in conditions that we would never accept for ourselves."

Federal Correctional Institution Terminal Island, located in southern California near Long Beach, currently faces $110 million in critical repair needs over the next two decades. Instances of deferred maintenance at the facility have been the subject of multiple inspector's general reports, though the prison holds a number of high-profile inmates, including crypto fraudster Sam Bankman Fried, disgraced attorney Michael Avenatti and Theranos COO Ramesh Balwani.

In a statement to *Government Executive*, BOP Spokeswoman Randilee Giamusso said efforts to protect staff and inmates at the facility will begin "immediately."

"A strategic and targeted approach will be used to relocate inmates currently housed at FCI Terminal Island to other locations across the agency," she said. "Several placement options are being evaluated, with a priority on keeping individuals as close as possible to their anticipated release locations."

BOP said decisions regarding what to do about the facility, including whether and how to repair it, will wait until a "further assessment" of the situation there. News of the planned evacuation came just days after the agency touted $2 billion in funding to address deferred maintenance priorities across the federal prison system from this year's budget reconciliation law.

By Erich Wagner

November 25, 2025

https://www.govexec.com/management/2025/11/bureau-prisons-suspend-operations-california-penitentiary/409798/

Marcus Ray Chavez
Reg No. 09456-506
Federal Correctional Institution
Terminal Island
P.O. Box 3007
San Pedro, CA 90733

LOS ANGELES CA 900
25 FEB 2026 PM 12 L




United States District Court
Southern District of California
Office of the Clerk
333 West Broadway #420
San Diego, CA 92101

RECEIVED
FEB 27 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

92101-380620