UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCUS RAY CHAVEZ,<br>Defendant. | Case No.: 3:23-cr-01354-JES<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST TO TOLL THE TIME LIMIT ON A MOTION PURSUANT TO 28 U.S.C. § 2255**<br><br>**[ECF No. 68]** |

Before the Court is Defendant Marcus Ray Chavez' notice of unavailability and request to toll the time limit on a 28 U.S.C. § 2255 motion. ECF No. 68. Defendant has not filed a motion yet and this request is premature. Therefore, the Court **DENIES without prejudice** the request to toll the time limit to file a motion under 28 U.S.C. § 2255. If Defendant chooses to file a motion in the future, he must show good cause to file a motion past the one-year of sentencing.

**IT IS SO ORDERED.**

Dated: June 9, 2026

Honorable James E. Simmons Jr.
United States District Judge